ORIGINAL

# In the United States Court of Federal Claims

No. 17-1858C
(Filed: February 22, 2018)

FILED
FEB 2 2 2018
U.S. COURT OF
FEDERAL CLAIMS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ASIM DANIELS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Plaintiff, a prisoner, filed his complaint, proceeding <u>pro se</u>, in the above-captioned case on November 30, 2017. Plaintiff submitted, concurrently with his complaint, an application to proceed <u>in forma pauperis</u> ("IFP") in lieu of the $400.00 in required filing fees. However, plaintiff's IFP application did not include a Prisoner Authorization Form and certified copies, or an "institutional equivalent," of his prison trust fund account statements for the six months prior to the date on which his complaint was filed. <u>See</u> 28 U.S.C. § 1915(a)(2) (2012).

On January 8, 2018, the court ordered plaintiff to submit (1) certified copies, or an institutional equivalent, of his prison trust fund account statements for June 2017 through November 2017, inclusive, and (2) a completed Prisoner Authorization Form (which was attached to the order) no later than Friday, February 16, 2018, to avoid dismissal of his case. However, as of this date, plaintiff has failed to either pay the filing fees or submit the documentation necessary to complete his IFP application.

Therefore, pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims, the case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. No costs. The clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

*[signature]*
MARGARET M. SWEENEY
Judge

7017 1450 0000 1346 1260